IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:09-CV-231-FL

| | |
|---|---|
| BENJAMIN MCKINLEY HUBBARD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | ORDER |
| ) | |
| UNITED PARCEL SERVICES, INC, ) | |
| ) | |
| Defendant. ) | |
| ) | |

This matter comes before the court on its own initiative. On May 3, 2010, plaintiff moved in part for permission to withhold medical information from discovery (DE #19). In an order dated June 29, 2010, the court ordered the parties to confer and propose a joint protective order addressing plaintiff's privacy concerns, if such an order was still sought. The order stated that the court would take no further action on the matter until a proposed joint protective order was filed. As more than three months have passed and the docket reflects no further activity regarding the matter, the motion is hereby DISMISSED AS MOOT. If the matter needs to be revisited, the parties are free to reopen the issue at a future date.

SO ORDERED, this the 6th day of October, 2010.

LOUISE W. FLANAGAN
Chief United States District Judge